IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 10–52–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| BRANDON LEE MAIN, | |
| Defendant. | |

The defendant having moved unopposed for a case referral,

IT IS ORDERED that this case is referred to Chief District Court Judge Brian M. Morris for final revocation proceedings.

DATED this 20th day of July, 2021.

Donald W. Molloy, District Judge
United States District Court

1